**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW MEXICO**

Civil Action No. 1:12-cv-01054-ACT-LFG

**CRITICAL NURSE STAFFING, INC.,**

Plaintiff,

v.

**GIVING HOME HEALTH CARE, LLC,**

Defendant.

**CERTIFICATE OF SERVICE OF PLAINTIFF CRITICAL NURSE STAFFING, INC.'S FIRST SET OF INTERROGATORIES TO DEFENDANT**

Plaintiff, Critical Nurse Staffing, Inc., by and through its counsel of record, J. Christopher Ballard, hereby certifies that, pursuant to FED. R. CIV. P. Rule 26, copies of *PLAINTIFF CRITICAL NURSE STAFFING, INC.'S FIRST SET OF INTERROGATORIES TO GIVING HOME HEALTHCARE, LLC*, was served via first class mail, postage prepaid to:

Jesse C. Hatch
Attorneys for Defendant
P.O. Box 65885
Albuquerque, NM 87193-5885
(505) 798-2510
jhatch@hatchfirm.com

RESPECTFULLY SUBMITTED this 30th day of January, 2013

By _*/s/ J. Christopher Ballard*___________
J. Christopher Ballard
General Counsel
CRITICAL NURSE STAFFING, INC.
200 West Grand Avenue, Suite 3
Grand Junction, Colorado 81501
Telephone: (970) 254-9001
Facsimile: (970) 259-1009

MILLER STRATVERT P.A.

By __*/s/ Virginia Anderman*_____________
Virginia Anderman
Attorneys for Plaintiff
P.O. Box 25687
Albuquerque, NM 87125-0687
Telephone: 505-842-1950
Facsimile: 501-243-4408

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true and correct copy of the foregoing *CERTIFICATE OF SERVICE OF PLAINTIFF CRITICAL NURSE STAFFING, INC.'S FIRST SET OF INTERROGATORIES TO DEFENDANT* was served this 30th day of January, 2013, electronically through the CM/EFC system, which caused the following parties or counsel to be served by electronic means, as more fully reflected on the Notice of Electronic Filing:

Jesse C. Hatch
Attorneys for Defendant
P.O. Box 65885
Albuquerque, NM 87193-5885
(505) 798-2510
jhatch@hatchfirm.com

*/s/ Kobi Webb, Original signature on file in the Offices of Critical Nurse Staffing, Inc.*

______________________________________
Kobi Webb